UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Beau Coleman 19A2555

Plaintiff(s),

v.

"John Doe" C.O, Mid-State Correctional Facility
(7am-3pm shift on April 3, 2024)
Letitia James (Attorney General)
Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

Case No. 9:24-cw-883
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☑ Yes
☐ No

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

**JUL 1 7 2024**

AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

---

### NOTICE

The public can access electronic court files. For privacy and security reasons,
papers filed with the court should therefore **not** contain: an individual's social
security number, taxpayer identification number, or birth date; the name of a
person known to be a minor; or a financial account number. A filing may
include *only*: the last four digits of a social security number or taxpayer-
identification number; the year of an individual's birth; a minor's initials; and the
last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

## I.   LEGAL BASIS FOR COMPLAINT

This is a civil action seeking relief and/or damages to defend and protect the
rights guaranteed by the Constitution and laws of the United States. Indicate
below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)
(federal defendants)
☐ Other (please specify) _____

## II.    PLAINTIFF(S) INFORMATION

Name:                      Beau Coleman

Prisoner ID #:             19A 2555

Place of detention:        Upstate Correctional Facility

Address:                   P.O. Box 2001
                           Malone, New York 12953

Indicate your confinement status when the alleged wrongdoing occurred:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

" King Price "

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III.    DEFENDANT(S) INFORMATION

Defendant No. 1:           Co. John Doe
                           Name (Last, First)

                           Correctional Officer
                           Job Title

                           Mid-State Correctional Facility
                           Work Address

                           Marcy,        New York
                           City           State           Zip Code

Defendant No. 2:           James, Letitia
                           Name (Last, First)

                           Attorney General
                           Job Title

2



_Office of The Attorney General / Department of Law_
Work Address

_The Capitol, Albany, New York 12224-0341_
City                    State                    Zip Code

Defendant No. 3:

Name (Last, First)

Job Title

Work Address

City                    State                    Zip Code

Defendant No. 4:

Name (Last, First)

Job Title

Work Address

City                    State                    Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

III.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3



- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

- The date on which the event occured: April 3, 2024.

- Where the event took place: Mid-State Correctional Facility (RRU)

- How each defendant was involved in the conduct I am complaining about: C.O. "John Doe" forced me to comply with an "unauthorized strip-frisk proceeding", repeatively punched me in my back as I was removing my clothes, forced me to "bend over and spread my ass cheeks open" and threatened to "rape me".

- Time the incident occured: 7am - 3pm shift

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

(12)

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

**FIRST CLAIM**

First Amendment: Equal Protections of The Law; Failure to Protect

**SECOND CLAIM**

Fourth Amendment: Unlawful search and seizure of my person.

**THIRD CLAIM**

Eighth Amendment: Excessive Force; Cruel and Unusual Punishment.

FOURTH CLAIM
Fourteenth Amendment: Due Process / Equal Protections Clause.

VI.  **RELIEF REQUESTED**
State briefly what relief you are seeking in this case.

I am requesting for compensatory damages in the amount of one million dollars ($1,000,000.00). I am also requesting for injunctive relief for "long-term protective custody" and for any request for transfer to Mid-State C.F to be denied to ensure my safety and protection against any retaliation from correctional officers in Mid-State C.F

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07-15-2024

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

Exhibit: A

(4) United Grievance (cont.)

Grievance #:
UST-1221-24

## Inmate Grievance

Beau Coleman 19A2555

06-29-2024
11-C2-477

Description of Complaint: I filed a grievance
(wrote the complaint and sent it to I.G.R.C)
when I was in Elmira C.F. regarding
a Correctional Officer who opened my
cell door, giving access to gang affiliated
incarcerated individuals who gang
assaulted me in December 2023. My
grievance was never responded to. I
re-wrote the grievance and sent it
out, via First-class mail service, from
Auburn C.F in January 2024. That
grievance, also, was never responded to.
I re-wrote the grievance a 3rd
time and sent it out, via First-class mail
service, from Orleans C.F in Febuary
2024. That grievance, also, was never
responded to. My cell door was not
supposed to be opened at the time the
C.O opened my door. I was "Keeplock"
status and "draft" incarcerated individuals
were being processed for drafts leaving
the Facility. The C.O. was aware of the
threat posed by the gang affiliated incarcerated
individuals, showed deliberate indifference
and opened my cell door, knowingly, intelligently,
voluntarily, and with malicious intent to
cause physical, mental and emotional harm.

Beau Col

Advisor Requested: ☑ Yes / Who: I.G.R.C.
Action Requested: Forward to Superintendent due to

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Beau Coleman 19A2555

**(b)** County of Residence of First Listed Plaintiff   FRANKLIN
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Beau Coleman (Pro Se)
Upstate Correctional Facility

## DEFENDANTS
C.O. "John Doe" Mid-State Correction
Letitia James (Attorney General)

County of Residence of First Listed Defendant   Oneida? (Marcy New)
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☒ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                        *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights ☐ 830 Patent | ☐ 430 Banks and Banking ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud ☐ 371 Truth in Lending | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☒ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
First Amendment; Fourth Amendment, Eighth Amendment, and fourtEEnth Amendment
Brief description of cause:
Denial of Equal Protections; Failure to Protect; Unlawful Search/Seize; Excessive force;

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1,000,000.00 (One Million Dollars)
CHECK YES only if demanded in complaint: Due Pros
JURY DEMAND:   ☒ Yes   ☐ c.

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   07-15-2024

SIGNATURE OF ATTORNEY OF RECORD   Beau Cole

FOR OFFICE USE ONLY

RECEIPT #         AMOUNT              APPLYING IFP              JUDGE              MAG. JUDGE

**UPSTATE CORRECTIONAL FACILITY**
P.O. BOX 2001
MALONE, NEW YORK 12953

NAME: Beau Coleman    DIN: 19A2555

UPSTATE
CORRECTIONAL
FACILITY

Upstate

Correctional Facility

neopost
07/15/2024
US POSTAGE $001.25⁰



ZIP 12953
041L11251145

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUL 17 2024

RECEIVED

Attention: CLERK of THE COURT
United States District Court
Federal Building, P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367

LEGAL MAIL

1326186105 C061